UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY WASHINGTON | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| AMERICAN COMMERCIAL LINES, LLC and WAL-MART TRANSPORTATION, LLC. | * * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SEAMAN'S COMPLAINT FOR DAMAGES

The Complaint of **GARY WASHINGTON,** a person of the full age of majority, with respect represents:

**I.**

Defendant, **AMERICAN COMMERCIAL LINES, LLC**, (hereinafter "**ACL**") a foreign entity doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Defendant, **WAL-MART TRANSPORTATION, LLC.,** a foreign entity doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for

1

herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

### III.

Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law and Diversity.

### IV.

On or about March 10, 2015, **GARY WASHINGTON** was employed by **ACL** as a Jones Act Seaman.

### V.

On or about March 10, 2015, **GARY WASHINGTON** was riding as a passenger in an automobile being driven and controlled by an **ACL** co-employee.

### VI.

On or about March 10, 2015, said automobile was involved in a serious accident with an eighteen wheel truck being driven by Edward Harris, an employee of **WAL-MART TRANSPORTATION, LLC,** in the course and scope of his employment at the time of the accident.  This accident occurred along Interstate 10 in the State of Louisiana.

### VII.

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **ACL and WAL-MART TRANSPORTATION, LLC** in the following, non-exclusive respects:

1. Failing to provide plaintiff with a safe place to work.

2. Failure to provide safe transportation to plaintiff;

3. Negligently operating the automobile in causing or contributing to the accident;

4. Negligently operating the truck involved in the accident;

5. Negligently failing to train, monitor, screen and/or supervise Edward Harris;

6. Negligently hiring Harris; and

7. Other acts of negligence which will be shown at the trial of this matter.

## VIII.

As a direct result of the negligence of the defendants, Plaintiff, **GARY WASHINGTON** is entitled to recover from the Defendants reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;

2. Past, present and future loss of wages, fringe benefits and wage earning capacity;

3. Past and future physical disability;

4. Past, present and future medical expenses; and

5. All other special and general damages as will be shown at the trial of this matter.

## IX.

Pursuant to the General Maritime Law of the United States of America, **ACL** had and continues to have the absolute and nondelegable duty to provide plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**X.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**XI.**

Therefore, the plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which plaintiff is entitled.  Should defendant, **ACL** fail to honor its maintenance and cure obligation, the plaintiff is entitled to attorney's fees, and an additional compensatory award for any acts of negligence on the part of the defendant which would result in a deterioration of the plaintiff's medical condition.

**XII.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that Defendants **AMERICAN COMMERCIAL LINES, LLC and WAL-MART TRANSPORTATION, LLC** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the Plaintiff, **GARY WASHINGTON** and against the Defendants, **AMERICAN COMMERCIAL LINES, LLC and WAL-MART TRANSPORTATION, LLC** for all damages to which the Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, plaintiff prays that defendant, **AMERICAN COMMERCIAL**

**LINES, LLC** be cast in judgment in favor of the plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which plaintiff is entitled by law and penalties and additional damages if applicable.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully submitted,

*S/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
DANIEL J. POOLSON, JR. (30676)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101